UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sarah Sims Garrett, et al.,

       Plaintiff(s),

v.               Case No. 2:68−cv−32004−EAS
               Hon. Elizabeth A. Stafford

Hamtramck, City of, et al.,

       Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge Elizabeth A. Stafford as follows:

- STATUS CONFERENCE: July 20, 2022 at 10:00 AM

The conference shall be initiated by counsel using the provided dial−in information.

If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:** Counsel shall call (888) 557−8511 and enter access code: 1137044 to participate in the telephonic conference.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

               By: s/Marlena Williams
                 Case Manager

Dated: May 31, 2022