UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sarah Sims Garrett, et al.,

                Plaintiff(s),

v.                                                   Case No. 2:68−cv−32004−EAS
                                                    Hon. Elizabeth A. Stafford

Hamtramck, City of, et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before Magistrate Judge Elizabeth A. Stafford at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  January 10, 2023 at 03:00 PM

**ADDITIONAL INFORMATION:**   The status conference will be held on Teams. Parties to receive information in a separate email.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/Marlena Williams
                                                             Case Manager

Dated:   November 7, 2022