UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH SIMS GARRETT, et al,

              Plaintiffs,

v.

CITY OF HAMTRAMCK, a municipal corporation,

              Defendants.

Case No. 68-cv-32004
Hon. Elizabeth A. Stafford
United States Magistrate Judge

| | |
|---|---|
| MICHAEL BARNHART (P10467)<br>Attorney for Plaintiffs<br>221 North Main Street, Suite 300<br>Ann Arbor, MI 48104<br>(734) 213-3703<br><br>RANDOLPH D. PHIFER (P25206)<br>Attorney for Plaintiffs<br>Phifer & White, P.C.<br>407 East Fort Street, Ste 500<br>Detroit, MI 48226<br>(313) 964-2360 | SCHENK & BRUETSCH PLC<br>By: James P. Allen, Sr. (P52885)<br>     Nicole M. Miller (P85399)<br>Attorneys for Defendant<br>211 West Fort Street, Suite 1410<br>Detroit, MI 48226<br>(313) 774-1000<br>James.Allen@SBDetroit.com<br>Nicole.Miller@SBDetroit.com |

**DEFENDANT'S MOTION FOR PERMISSION TO FILE STIPULATION AND ORDER REGARDING IMPLEMENTATION OF CORRECTION OF PERSONAL RESIDENCE EXEMPTIONS (PRE) ON CERTAIN PLAINTIFF PROPERTIES UNREDACTED AND UNDER SEAL**

    1.    The subject of Defendant's Motion are particular properties identified in Plaintiffs' Motion to Compel Compliance with Affordability Requirements of Partial Consent Judgment (ECF 587, Page ID 1735). The address numbers have been

redacted pursuant to Federal Rule of Civil Procedure 5.2 and E.D. Mich. Local Rule 5.3.

2. The Court entered an Order about Plaintiffs' Motion to Compel Compliance with Affordability Requirements of Partial Consent Judgment (ECF 653, Page ID 2883).

3. The Parties seek to file a proposed Stipulation and Order Regarding Complete Implementation of Correction of Personal Residence Exemptions (PRE) on Certain Plaintiff Properties. The properties' addresses appear throughout the Stipulation and Order.

4. Defendant seeks to file the Stipulation and Order under seal with the addresses redacted from the Stipulation and Order.

**WHEREFORE**, Defendant requests the authorization of the Court to file the Stipulation and Order Regarding Complete Implementation of Correction of Personal Residence Exemptions (PRE) on Certain Plaintiff Properties in its entirety unredacted and under seal.

Respectfully submitted,

SCHENK & BRUETSCH PLC

/s/ Nicole M. Miller
Nicole M. Miller (P85399)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH SIMS GARRETT, et al,

        Plaintiffs,          Case No. 68-cv-32004
                                            Hon. Elizabeth A. Stafford
v.                                          United States Magistrate Judge

CITY OF HAMTRAMCK, a municipal corporation,

        Defendants.

| MICHAEL BARNHART (P10467) | SCHENK & BRUETSCH PLC |
|---|---|
| Attorney for Plaintiffs | By: James P. Allen, Sr. (P52885) |
| 221 North Main Street, Suite 300 |     Nicole M. Miller (P85399) |
| Ann Arbor, MI 48104 | Attorneys for Defendant |
| (734) 213-3703 | 211 West Fort Street, Suite 1410 |
| | Detroit, MI 48226 |
| RANDOLPH D. PHIFER (P25206) | (313) 774-1000 |
| Attorney for Plaintiffs | James.Allen@SBDetroit.com |
| Phifer & White, P.C. | Nicole.Miller@SBDetroit.com |
| 407 East Fort Street, Ste 500 | |
| Detroit, MI 48226 | |
| (313) 964-2360 | |

**BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR PERMISSION TO FILE STIPULATION AND ORDER REGARDING IMPLEMENTATION OF CORRECTION OF PERSONAL RESIDENCE EXEMPTIONS (PRE) ON CERTAIN PLAINTIFF PROPERTIES UNREDACTED AND UNDER SEAL**

      The subject of Defendant's proposed Stipulation and Order is related to the

Plaintiffs' Motion to Compel Compliance with Affordability Requirements of

Partial Consent Judgment (ECF 587, Page ID 1735) and the Court's Order about

Plaintiffs' Motion to Compel Compliance with Affordability Requirements of Partial Consent Judgment (ECF 653, Page ID 2883). In the order, the house parcel numbers and addresses have been redacted.

In its Order from a hearing held on December 18, 2018, this Court authorized filing unredacted address numbers under seal.

The house numbers appear throughout the proposed Stipulation and Order. Therefore, Defendant requests permission to file the Stipulation and Order Regarding Complete Implementation of Correction of Personal Residence Exemptions (PRE) on Certain Plaintiff Properties in its entirety and under seal.

        Respectfully submitted,

        SCHENK & BRUETSCH PLC

        /s/ Nicole M. Miller
        Nicole M. Miller (P85399)

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such to the attorneys of record.

/s/ Nicole M. Miller
Nicole M. Miller (P85399)
