IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH SIMS GARRETT, et al.,

    Plaintiffs,

v.

CITY OF HAMTRAMCK, a Municipal
Corporation, et al.,
    Defendants.
_____/

CASE NO. 68-cv-32004

HON. ELIZABETH A. STAFFORD
United States Magistrate Judge

## ORDER OF TERMINATION

At a session of the Court, held in the U.S. District Court for the Eastern District of Michigan, Southern Division, on: April 23, 2024

Present:   Hon. Elizabeth A. Stafford
              United States Magistrate Judge

The *Garrett* case was based on the City of Hamtramck's violation of the Equal Protection Clause to the 14th Amendment and civil rights statutes in its program of calculated displacement of Black residents from the City. Following trial and an appeal to the Sixth Circuit Court of Appeals, the case was settled by the parties by entry of a Partial Consent Judgment that was approved and adopted by the Court. The basic requirement of the settlement was the development of 150 units of senior citizen housing and 200 units of family housing. The housing had to be affordable and meet the needs of the Plaintiffs who had been displaced or marked for displacement.

The parties believe that the above requirements have been met. The Court agrees. Plaintiffs have been advised that the case is being considered for termination

and that they have the opportunity to object in writing if they believe the case should not be terminated. No objections were filed.

The Court concludes that the Court should, and hereby does, terminate the Court's jurisdiction and dismisses the *Garrett* v. *Hamtramck* case.

IT IS SO ORDERED.

Dated: April 23, 2024

Hon. Elizabeth A. Stafford
United States Magistrate Judge